UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWAYNE WILSON, § | | |
|     Plaintiff, § | | |
| v. § | Civil Action No.: 4:22-cv-03241 | |
| § | | |
| THE STATE OF TEXAS, HARRIS § | The Honorable Judge _____ | |
| COUNTY, CITY OF HOUSTON, § | | |
|     Defendants. § | | |

## DEFENDANT HARRIS COUNTY'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant HARRIS COUNTY ("Harris County" or "the County") files this Notice of Removal. In support of said notice, Harris County respectfully shows the Court as follows:

### I.  STATE COURT ACTION

1. On September 2, 2022, a civil action was commenced in the 113th Judicial District Court of Harris County, Texas, by filing of an Original Petition bearing the caption *Dwayne Wilson, Plaintiff v. The State of Texas, Harris County, City of Houston, Defendants*, Cause No. 2022-55929 ("State Court Action"). *See* a copy of Plaintiff's Original Petition filed in the State Court Action attached and marked as Exhibit A.

2. In the State Court Action, Plaintiff is *pro se* and is seeking damages against the County for alleged violation of his rights under the Second Amendment and Fourth Amendment of the U.S. Constitution. Specifically, Plaintiff is alleging that his rights were violated when he was unlawfully arrested and his property seized as a result of the arrest [Ex. A].

### II.  GROUNDS FOR REMOVAL

3. **Federal Question Jurisdiction**. The district courts of the United States have original jurisdiction over this action on the federal question presented in Plaintiff's Original Petition –

namely the alleged violations of his Second and Fourth Amendment rights which in essence is being presented under 42 U.S.C. §1983 [Ex. A]. Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. 1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a) and (b). Therefore, removal of this action is proper.

4.     **Removal is Timely**. On September 19, 2022, Harris County was received the State Court Action via service on Harris County Judge Lina Hidalgo. *See* a copy of service documents for Harris County attached and marked as Exhibit B. This Notice of Removal is filed within thirty (30) days of the service of process of the State Court Action and is therefore, this removal is timely under 28 U.S.C. §1446(b). Harris County consents to this removal.  To the knowledge of the undersigned, no other named defendant has been served with citation and petition in this suit as of the date of this notice.

5.     **State Court Proceeding**. The State Court Action is pending within the district and division.  *See* 28 U.S.C. §1441(a).  Harris County has not answered and no hearings have been scheduled in the State Court Action as of the date of this notice.  *See* a copy of the current docket for the State Court Action attached and marked as Exhibit C. Thus, the deadlines and requirements established by Rule 81(c), Federal Rules of Civil Procedure, have been triggered by the filing of this notice of removal.

7.    Simultaneously with the filing of this notice of removal, notice will be given to Plaintiff and copies of this Notice of Removal will be filed with the clerk of Harris County, Texas in the State Court Action under cause #2022-55929.

8. Pursuant to Local Rule LR-81, Local Rules for the Southern District of Texas, attached are the following:

    (a)    Exhibit A:    Plaintiff's Original Complaint in State Court Action
    (b)    Exhibit B:    Copy of service documents for Harris County
    (c)    Exhibit C:    Copy of current docket sheet in the State Court Action
    (d)    Exhibit D:    Index of documents filed with removal action
    (e)    Exhibit E:    List of all counsel of record
    (f)    Exhibit F:    Civil cover sheet

WHEREFORE, PREMISES CONSIDERED, Defendant HARRIS COUNTY removes this action for trial from the 113th Judicial District Court of Harris County, Texas (cause #2022-55929) to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: September 22, 2022.

By: */s/ Gregory Burnett*
GREGORY BURNETT
Sr. Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

JAMES C. BUTT
Assistant County Attorney
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov

Harris County Attorney's Office
1019 Congress
Houston, Texas 77002

**Attorneys for Harris County**

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

- None

I further certify that, pursuant to the Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was duly served via certified mail on the following party who is not receiving filed documents per CM/ECF notification:

Dwayne Wilson
P.O. Box 722366
Houston, Texas 77272-9998

*/s/ Gregory Burnett*
Gregory Burnett